## UNITED STATES *v.* FIRST NATIONAL BANCORPORATION, INC., ET AL.

No. 71–703.   Argued October 16–17, 1972—
Decided February 28, 1973

*Deputy Solicitor General Friedman* argued the cause for the United States.  With him on the briefs were *Solicitor General Griswold, Assistant Attorney General Kauper, Acting Assistant Attorney General Comegys, Donald I. Baker, Howard E. Shapiro, William Bradford Reynolds,* and *Lee A. Rau.*

*Eugene J. Metzger* argued the cause for appellees. With him on the briefs were *Edward B. Close, Jr., Carl W. Schwarz,* and *Mark W. Haase.**

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE POWELL took no part in the consideration or decision of this case.

---

*Briefs of *amici curiae* were filed by *Robert Bloom, C. Westbrook Murphy,* and *Charles H. McEnerney, Jr.,* for the Comptroller of the Currency; by *William E. Murane* and *J. William Via, Jr.,* for the Federal Deposit Insurance Corporation; by *Andrew P. Miller,* Attorney General, and *Henry M. Massie, Jr.,* Assistant Attorney General, for the Commonwealth of Virginia; and by *Michael Iovenko* for the New York State Banking Department.